IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:19cr 231-ALB |
| | ) | [18 U.S.C. § 1951; |
| MARCUS GREATHOUSE and | ) | 18 U.S.C. § 2] |
| BRANDEN TYRONE MATTHEWS | ) | |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

INTRODUCTION

At all times material to this Indictment, Dollar General Corporation, located at 1531 Gregory Street, Hurtsboro, Alabama, was engaged in the business of providing commodities, in interstate commerce and an industry which affects interstate commerce.

COUNT 1
(Hobbs Act Robbery)

On or about July 30, 2018, in Russell County, within the Middle District of Alabama, the defendants,

MARCUS GREATHOUSE and
BRANDEN TYRONE MATTHEWS,

each aided and abetted by the other, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendants did unlawfully take and obtain property, to wit: United States Currency, from the person of O.R, an employee of Dollar General Corporation, and in the presence of D.F., an employee of Dollar

General Corporation, against O.R.'s will by means of actual and threatened force, violence, and fear of injury, immediate and future, to her person. All in violation of Title 18, United States Code, Sections 1951 and 2.

## FORFEITURE ALLEGATION

A.    The allegations contained in Count 1 of the Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

B.    Upon conviction of the offenses in violation of Title 18, United States Code, Section 1951, set forth in Count 1 of the Indictment, the defendants,

MARCUS GREATHOUSE and
BRANDEN TYRONE MATTHEWS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all proceeds obtained, directly or indirectly, from the offenses in violation of Title 18, United States Code, Section 1951. The property includes, but is not limited to, a Forfeiture Money Judgment.

C.    If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendants:

    (1)    cannot be located upon the exercise of due diligence;

    (2)    has been transferred or sold to, or deposited with, a third party;

    (3)    has been placed beyond the jurisdiction of the court;

    (4)    has been substantially diminished in value; or

    (5)    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

Foreperson

LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

Kevin P. Davidson
Assistant United States Attorney

R. Randolph Neeley
Assistant United States Attorney