IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:19-cr-231-ALB-SMD-2 |
| ) | |
| BRANDON TYRONE MATTHEWS ) | |

**O R D E R**

Upon consideration of the motion for Writ of Habeas Corpus Ad Prosequendum filed June 12, 2019, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a Writ of Habeas Corpus Ad Prosequendum addressed to Elmore County Jail, Wetumpka, Alabama, commanding them to deliver Brandon Tyrone Matthews, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court to be held at Montgomery, Alabama, on July 30, 2019, at 10:30 a.m., and to return the prisoner to said official when the court shall have finished with him.

DONE this _____ day of June, 2019.

_____
STEPHEN MICHAEL DOYLE
UNITED STATES MAGISTRATE JUDGE