IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:19-cr-231-RAH-SMD-2 |
| | ) | |
| BRANDEN TYRONE MATTHEWS | ) | |

## UNITED STATES' MOTION FOR REDUCTION FOR ACCEPTANCE OF RESPONSIBILITY

Comes now the United States of America, by and through Louis V. Franklin, Sr., United States Attorney for the Middle District of Alabama, and respectfully moves this Court to reduce by one (1) level defendant's offense level based on defendant's acceptance of responsibility. As grounds for this Motion, the United States avers as follows:

1. On October 28, 2019, an Information was filed against the defendant.

2. The defendant notified the United States of defendant's intent to plead guilty in sufficient time to qualify for an additional one-point offense level reduction. The defendant pled guilty to the Information on October 30, 2019.

3. Therefore, pursuant to United States Sentencing Guidelines § 3E1.1(b), as amended, the United States makes this formal motion for a one-level reduction in defendant's offense level for acceptance of responsibility such that the total reduction in offense level for defendant's acceptance of responsibility shall be three (3) levels.

WHEREFORE, the United States respectfully requests that this motion be GRANTED.

Respectfully submitted this the 28th day of January, 2020.

                                        LOUIS V. FRANKLIN, SR.
                                        UNITED STATES ATTORNEY


                                        */s/ Kevin P. Davidson*
                                        KEVIN P. DAVIDSON
                                        131 Clayton Street
                                        Montgomery, AL 36104
                                        Phone: (334) 223-7280
                                        Fax: (334) 223-7135
                                        E-mail: Kevin.P.Davidson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:19-cr-231-RAH-SMD-2 |
| | ) | |
| BRANDEN TYRONE MATTHEWS | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Respectfully submitted,

*/s/ Kevin P. Davidson*
KEVIN P. DAVIDSON
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: Kevin.P.Davidson@usdoj.gov